JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH; OFFICER MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.B., by and through his Guardian Ad Litem, LASAUNDRA BONDS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal corporation; RICHARD MARTIN, individually, and in his official capacity as a police officer for the CITY OF ANTIOCH; DOES 1-25, inclusive, individually and in their official capacities as police officers for the CITY OF ANTIOCH,<br><br>Defendants. | Case No. C10-03789 TEH<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING ADR DEADLINE**<br><br>Trial Judge:    Hon. Thelton E. Henderson |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, as follows:

1. WHEREAS the parties to this matter previously stipulated to go to mediation in this matter. Per Stipulation and Order Selecting ADR Process, Document 19, filed by Judge Henderson on November 24, 2010, the deadline to complete the stipulated mediation is currently March 24, 2011, approximately 120 days from the date of the order.

2. WHEREAS this matter is currently set for a mediation on March 29, 2011, with the

Court appointed mediator, Mr. Pavone, Esq. Due to the parties respective schedules, a mediation on or before March 24th was not feasible.

3. WHEREAS all parties stipulate to continue the deadline to complete the mediation in this matter for two weeks from March 24, 2011, to April 7, 2011.

4. WHEREAS mediator Mr. Pavone, Esq., has indicated to the parties that he agrees to such an extension.

5. WHEREAS good cause has been demonstrated by the parties for this brief extension of the ADR deadline.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February _14__, 2011      LAW OFFICES OF JOHN L. BURRIS

By: ___/s/ Adante D. Pointer_____
John L. Burris
Adante D. Pointer
Attorneys for Plaintiff R.B.

Dated: February _14__, 2011      MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: ___/s/ Noah G. Blechman_____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
City of Antioch, Officer Martin

## ORDER

PURSUANT TO STIPULATION, the deadline to complete ADR is now April 7, 2011. IT IS SO ORDERED.

DATED: 02/16/2011 _____

Hon. _____
United States District Judge

*IT IS SO ORDERED* — Judge Thelton E. Henderson, United States District Court, Northern District of California

STIPULATION AND ORDER EXTENDING ADR DEADLINE - C10-03789 TEH      2