1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   McNAMARA, NEY, BEATTY, SLATTERY,
    BORGES & BROTHERS LLP
3   1211 Newell Avenue
    Post Office Box 5288
4   Walnut Creek, CA 94596
    Telephone: (925) 939-5330
5   Facsimile: (925) 939-0203

6   Attorneys for Defendant
    CITY OF ANTIOCH; OFFICER MARTIN
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  R.B., by and through his Guardian Ad        Case No. C10-03789 TEH
    Litem, LASAUNDRA BONDS,
12                                              **STIPULATION AND [~~PROPOSED~~]**
              Plaintiff,                        **ORDER RESETTING SETTLEMENT**
13                                              **CONFERENCE**
        vs.
14
    CITY OF ANTIOCH, a municipal                Trial Judge:   Hon. Thelton E. Henderson
15  corporation; RICHARD MARTIN,
    individually, and in his official capacity as   SC Judge:      Hon. Joseph C. Spero
16  a police officer for the CITY OF
    ANTIOCH; DOES 1-25, inclusive,              Current SC:    April 5, 2011
17  individually and in their official capacities
    as police officers for the CITY OF          New SC:        June 22, 2011
18  ANTIOCH,

19            Defendants.

20

21          IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,

22  through their respective counsel of record, and approved by the Court in the accompanying Order,

23  as follows:

24      1.  WHEREAS this matter was referred to Judge Spero for a settlement conference, to

25          occur no later than five calendar days prior to the pretrial conference (set for February

26          13, 2012), per Order for Pretrial Preparation, Document 23, filed by Judge Henderson

27          on December 20, 2010, in this matter.

28      2.  WHEREAS Judge Spero then set a settlement conference for April 5, 2011 per Notice

STIPULATION AND ORDER RESETTING SETTLEMENT
CONFERENCE - C10-03789 THE

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  of Settlement Conference and Settlement Conference Order, Document 24, filed on

2  January 3, 2011.

3     3. WHEREAS the parties in this matter have agreed to a Court sponsored mediation in

4        this matter and the mediation with Mr. Pavone, Esq. is currently set for March 29,

5        2011, the first such attempt at ADR.

6     4. WHEREAS the parties have met and conferred and agreed to continue the currently

7        set settlement conference for several months pending the outcome of mediation and to

8        allow for additional time for discovery until a follow up settlement conference should

9        occur.

10    5. WHEREAS the parties have met and conferred with each other and the Court and all

11       parties and the Court have agreed to reset the settlement conference from April 5th to

12       June 22nd.

13    6. WHEREAS good cause exists to continue the settlement conference for several

14       months per above.

15

16 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

17 Dated: February _14__, 2011     LAW OFFICES OF JOHN L. BURRIS

18

19                            By:___/s/ Adante D. Pointer_____

20                            John L. Burris
                               Adante D. Pointer

21                            Attorneys for Plaintiff R.B.

22

23 Dated: February _14__, 2011     McNAMARA, NEY, BEATTY, SLATTERY,
                               BORGES & AMBACHER LLP

24

25                            By: ___/s/ Noah G. Blechman_____

26                            James V. Fitzgerald, III
                             Noah G. Blechman

27                            Attorneys for Defendants
                           City of Antioch, Officer Martin

28

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The settlement conference of April 5th is hereby vacated and a new settlement conference will be scheduled for June 22, 2011, at 9:30 a.m. in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Settlement conference statements are ~~due~~ LODGED with the undersigned's chambers by June 6, 2011. Other requirements of the settlement conference process are included in the Notice of Settlement Conference and Settlement Conference Order, Document 24, filed on January 3, 2011, which is incorporated herein by reference.

IT IS SO ORDERED.

DATED: 02/16/11



_____
Hon. Jose C. Spero
United States Magistrate Judge