1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  McNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendants
   CITY OF ANTIOCH; OFFICER MARTIN
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 R.B., by and through his Guardian Ad       Case No. C10-03789 TEH
   Litem, LASAUNDRA BONDS,
12                                            STIPULATION AND [PROPOSED]
              Plaintiff,                      ORDER FOR DISMISSAL OF
13                                            DEFENDANTS, WITH PREJUDICE, PER
         vs.                                  FRCP 41(A)(1)
14
   CITY OF ANTIOCH, a municipal
15 corporation; RICHARD MARTIN,
   individually, and in his official capacity as
16 a police officer for the CITY OF
   ANTIOCH; DOES 1-25, inclusive,
17 individually and in their official capacities
   as police officers for the CITY OF
18 ANTIOCH,

19            Defendants.

20

21      IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,

22 through their respective counsel of record, and approved by the Court in the accompanying Order,

23 that pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendants CITY OF ANTIOCH and

24 RICHARD MARTIN are hereby dismissed from this action, with prejudice, each party to bear

25 their own fees and costs.  This action is hereby dismissed in its entirety.

26      IT IS SO STIPULATED.

STIPULATION AND ORDER DISMISSING CASE -
C10-03789 THE

1  Dated: May 25, 2011          LAW OFFICES OF JOHN L. BURRIS

2

3                              By: _____
                                  John L. Burris / Adante D. Pointer
4                                 Attorneys for Plaintiff R.B., by and through his
                                  Guardian Ad Litem, LASAUNDRA BONDS
5

6
   Dated: June 14, 2011         MCNAMARA, NEY, BEATTY, SLATTERY,
7                               BORGES & AMBACHER LLP

8

9                              By: _____
                                  James V. Fitzgerald, III
10                                Noah G. Blechman
                                  Attorneys for Defendants
11                                CITY OF ANTIOCH; OFFICER MARTIN

12

13 **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

14

15 DATED:   06/16/2011

16                              _____
                                Hon. T
17                              United

18

19                              *(Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson)*

20

21

22

23

24

25

26